■ In the Matter of CYNTHIA SIWULEC, Admitted as CYNTHIA ANNE SIWULEC.—Application for reinstatement granted.

Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Smith, JJ.